UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA DAVIS,

    Plaintiff,

v.

    Case No. 1:25-cv-504

COMMISSIONER OF SOCIAL SECURITY,

    HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## JUDGMENT

In accordance with the Order of Remand entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered

Dated:  September 8, 2025                 /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge